ACCEPTED
13-21-00039-cv
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
6/25/2021 2:30 PM
Kathy S. Mills
CLERK

# EXHIBIT A

Johnny Partain
7020 N 16th Street
McAllen, Texas 78504

June 25, 2021

13th Court of Appeals, Clerk of the Court
Kathy S. Mills
Hidalgo County
Courthouse Annex III
100 E. Cano, 5th Floor
Edinburg, Texas 78539



FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
6/25/2021 2:30:30 PM
KATHY S. MILLS
Clerk

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/14/2023 3:28:48 PM
CHRISTOPHER A. PRINE
Clerk

Dear Ms. Mills;

Approximately 14 years ago the United State Department of Justice sued itself through a defective petition, using my name as Plaintiff, in an attempt to defeat my complaints against the United States regarding the deaths of many people pursuant to the federal courts illegal seizure and operation of a company I owned. Their strategy was that there could only be one complaint for the deadly tragedy they created and that they could kill the issue by creating a lawsuit, making me a plaintiff, and then dismissing the lawsuit because of the defects they introduced. I contacted the federal judge assigned to that case and made it perfectly clear that I was not a litigant and to remove me from the cause. A letter like this was placed into the case and the case was dismissed without prejudice, or a plaintiff.

Today I am addressing this same strategy being used by the 13th Court of Appeals to defeat my constitutional claims against the State of Texas, and against other mostly related state litigants, through alleged dismissal of interlocutory orders against me in multiple cases wherein I am not a litigant, appellant, or even a party. I notice the appeal court's orders do not address any final judgment and that the jurisdiction of the court has been clearly omitted from the "Memorandum Opinions[s]" - since jurisdiction obviously can't legally exist. The court's actions violate due course of law and are void as required under the Texas Constitution if it attempts to dispose of my issues without proper process and obedience to the laws of our great state.

Since I am not a party to the appeal court's collateral actions, please remove my name from the cases listed below. I will not attempt to vindicate or empower the court in anyway regarding these cases, and technically I don't have the authority to grant jurisdiction where none exists. These cases include 13-21-00038-CV, 13-21-00039-CV, 13-21-00040-CV, 13-21-00041-CV, 13-21-00042-CV, 13-21-00043-CV, & 13-21-00044-CV. Also, please deposit this letter in the aforementioned cases for later reference.

Thanks,

Johnny Partain
956-240-1821
partain@atlastechnologies.biz

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 54796938
Status as of 6/25/2021 2:38 PM CST

Associated Case Party: County of Hidalgo, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Josephine Ramirez-Solis | | josephine.ramirez@da.co.hidalgo.tx.us | 6/25/2021 2:30:30 PM | SENT |